

# JUDGMENT

# The Fifteenth Court of Appeals

---

### NO. 15-25-00168-CV

---

CALLIE LOGAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BRYAN FREAD, DECEASED, AND TRENTON FREAD, INDIVIDUALLY, Appellants

V.

SUMMIT LTC KINGSLAND, LLC D/B/A KINGSLAND HILLS CARE CENTER, Appellee

---

Today the Court heard Appellants' "Notice of Withdrawal of Appeal." We order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered December 2, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.

Opinion delivered by PER CURIAM.